Octavia Nelson *et al.,* Appellants, v. Z. A. Butt *et al.,* Appellees.

### Division B.

Appeal from Circuit Court, Marion county; William A. Hocker, Judge.

John G. Reardon for appellants.

Neil M. Allred for appellees.

The bill in this cause was filed by the appellants against the appellees. There was a decree for the defendants, and the complainants appeal. The decree is affirmed.

Decision *Per Curiam.*